**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JAVIER DAVID ADRIANO,

Plaintiff,

v.

Case No. 2:25-cv-01286-KRS-JHR
The Honorable Jerry H. Ritter

AVODAH LOGISTICS, INC. and
VIJIN KOLENCHERY,

Defendants.

**ORDER RESETTING SETTLEMENT CONFERENCE**

UPON consideration of the Parties' Joint Motion to Reset the Settlement Conference, it is hereby ORDERED that:

1. The Motion is Granted.

2. The Settlement Conference for August 18, 2026, at 9:00 AM will be reset to a future date.

3. All other Deadlines in the Order setting Settlement Conference, dated April 20, 2026, remain the same.

**IT IS SO ORDERED.**

By: ______________________________
THE HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE