**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JAVIER DAVID ADRIANO,

Plaintiff,

v.

Case No. 2:25-cv-01286-KRS-JHR
The Honorable Jerry H. Ritter

AVODAH LOGISTICS, INC. and
VIJIN KOLENCHERY

Defendants.

**ORDER ALLOWING DEFENDANTS REMOTE APPEARANCE AT SETTLEMENT CONFERENCE**

UPON consideration of the Parties' Joint Motion to allow Defense Counsel and Defendants' Representative to attend the Settlement Conference virtually, it is hereby ORDERED that:

1. The Motion is Granted.
2. Defendants' Representative and Defense Counsel may attend virtually.
3. Defense Counsel shall host a private video-conference (Zoom preferred) beginning no later than 9:30 a.m. (Mountain Time) on Friday, October 9, 2026, and shall keep the video-conference available throughout the settlement conference. Judge Ritter will join Defendant's video-conference at the end of the initial in-person session with Plaintiff and thereafter will go back and forth between Plaintiff and Defendants.
4. Defense Counsel shall provide Judge Ritter with login information no later than Wednesday, October 7, 2026, by email to ritterproposedtext@nmd.uscourts.gov.

**IT IS SO ORDERED.**

By:______________________________
THE HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE